IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MANUEL RENTERIA,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 2:06-cv-2726 MCE-EFB<br><br>**ORDER RE: STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING** |

　　　The Court, having considered the stipulation of the parties allowing Defendants an extension of time to file their responsive pleading, and good cause having been found:

　　　**IT IS HEREBY ORDERED**:　that Defendants shall have, to an including December 22, 2006, to complete and file their responsive pleading.

DATED: December 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING

1