IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RENTERIA,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA YOUTH AUTHORITY, et al.,<br><br>            Defendants. | 2:06-cv-02726-MCE-EFB<br><br>**ORDER GRANTING JOINT REQUEST FOR ASSIGNMENT TO SETTLEMENT CONFERENCE** |

The Court, having considered the joint request of the parties that the matter be assigned to a settlement conference before Magistrate Judge Mueller, and good cause having been found:

**IT IS ORDERED**: that the parties shall appear before Magistrate Judge Mueller on November 1, 2007, at 1:30 p.m., for a settlement conference.

Dated: October 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1