IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RENTERIA,<br><br>                              Plaintiff,<br><br>         v.<br><br>CALIFORNIA YOUTH AUTHORITY, et al.,<br><br>                              Defendants. | 2:06-cv-02726-MCE-EFB<br><br>**ORDER EXTENDING DISCOVERY CUTOFF AND EXPERT DISCLOSURE DEADLINE** |

The Court, having considered the stipulation of the parties to modify the pretrial scheduling order to extend the discovery cutoff to January 30, 2008, and the deadline for expert disclosures to February 28, 2008, and good cause having been found:

**IT IS ORDERED**: that the discovery cutoff shall be extended to January 30, 2008, and the expert disclosure deadline shall be February 28, 2008.

Dated: October 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

.