EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3867
 Fax: (916) 324-5205
 Email: Monica.Anderson@doj.ca.gov

Attorneys for Defendants Hickman, Kruse,
Stenoski, Allen, and Mahoney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MANUEL RENTERIA,** | 2:06-cv-02726-MCE-EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER** |
| **CALIFORNIA YOUTH AUTHORITY, et al.,** | |
| Defendants. | |

THE PARTIES AGREE AND STIPULATE TO THE FOLLOWING:

1. That under the settlement agreement between the parties, Plaintiff Manuel Renteria stipulates to the dismissal of his Complaint in this action with prejudice as to all parties;

2. That Plaintiff shall bear his own costs and attorneys' fees as to the Defendants herein;

/ / /

/ / /

1

3. That Defendants shall bear their respective costs and attorneys fees as to the Plaintiff herein;

Dated: 6/02/08          /s/ Davey L. Turner
                         DAVEY L. TURNER, ESQ.
                         Attorney for Plaintiff

Dated: 1/31/08          /s/ Monica N. Anderson
                         MONICA N. ANDERSON
                         Supervising Deputy Attorney General
                         Attorneys for Defendants Hickman,
                         Allen, Kruse and Mahoney

Dated: 6/12/08          /s/ Van Longyear
                         VAN LONGYEAR, ESQ.
                         Attorney for Defendant Herrera

### ORDER

The parties have so stipulated and good cause appearing, the Court orders as follows:

1. The Complaint of Plaintiff Manuel Renteria is dismissed with prejudice as to all Defendants;

2. Plaintiff Manuel Renteria shall bear his own attorneys fees and costs as to the Defendants in this action;

3. Defendants shall bear their own costs and attorneys fees as to Plaintiff Manuel Renteria.

Dated: June 26, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE